UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **EDUARD FERNANDEZ** | **CIVIL CASE NO. 24-CV-1157** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN MARTINEZ, JR.** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 3], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the instant matter be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 24th day of October 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE